UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) Criminal No. 1:08-CR-436 |
| | ) |
| v. | ) (JUDGE RAMBO) |
| | ) |
| LYNDA DIEU PHAN, | ) (Magistrate Judge Smyser) |
| JUSTIN PHAN, AND | ) |
| DUC CAO NGUYEN | ) |

## MOTION TO UNSEAL

AND NOW, the United States of America, by its undersigned counsel, moves to unseal the Indictment in this case and in support thereof states as follows: At the request of the United States, the indictment in this case was previously sealed by Order of this Court pursuant to Rule 6 of the Federal Rules of Criminal Procedure. Due to the notification of counsel for all defendants concerning an initial appearance date and the execution of seizure warrants, it appears that it is not necessary for the documents remain sealed. Therefore, the United States hereby requests that the case be unsealed.

Respectfully submitted,

MARTIN C. CARLSON
UNITED STATES ATTORNEY

BY: *Christy H. Fawcett*
CHRISTY H. FAWCETT
ASSISTANT U.S. ATTORNEY

## ORDER

SO ORDERED this 18TH day of DECEMBER, 2008.

*Andrew Smyser*
J. ANDREW SMYSER
United States Magistrate Judge