AO 109 (2/90) Seizure Warrant

## RETURN

08-CR-436

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 12/16/08 | 12/16/08 0542hrs | JEN HILBISH |

**INVENTORY MADE IN THE PRESENCE OF**
JEN HILBISH & SA R. Roh

**INVENTORY OF PROPERTY TAKEN PURSUANT TO THE WARRANT**

Commerce Bank official check 99-05619 dated 12/16/08
$50,734.83

Combined check for Accounts 537069783 $26,705.48
536654163 $24,029.35

## CERTIFICATION

I swear that this inventory is a true and detailed account of the property taken by me on the warrant.

_Roger Roh, SA_

Subscribed, sworn to, and returned before me this date.

_J. Andrew Smyser_     Dec. 22, 2008
U.S. Judge or Magistrate          Date

United States District Court

__MIDDLE__ DISTRICT OF __PENNSYLVANIA__

In the Matter of the Seizure of

**THE FUNDS AND PROPERTY LOCATED IN COMMERCE BANK, ACCOUNT NUMBER 536654163 IN THE NAMES OF LYNDA PHAN AND LUCY VO**

**SEIZURE WARRANT**

CASE NUMBER: **1:08-CR-436**

[UNDER SEAL]

FILED
HARRISBURG
DEC 22 2008
MARY E. D'ANDREA, CLERK
Per_____ Deputy Clerk

TO: **ANY SPECIAL AGENT OF THE DHS / ICE** and any Authorized Officer of the United States

Affidavit(s) having been made before me by **SPECIAL AGENT ROGER ROH** who
                                                             Affiant

has reason to believe that in the **MIDDLE** District of **PENNSYLVANIA** there is now certain property which is subject to forfeiture to the United States, namely (describe the property to be seized)

**THE FUNDS AND PROPERTY LOCATED IN COMMERCE BANK, ACCOUNT NUMBER 536654163, IN THE NAMES OF LYNDA PHAN AND LUCY VO.**

I am satisfied that the affidavit(s) and any recorded testimony establish probable cause to believe that the property so described is subject to seizure and that the grounds exist for the issuance of this seizure warrant.

YOU ARE HEREBY COMMANDED to seize within 10 days the property specified, serving this warrant and making the seizure (in the daytime — 6:00 A.M. to 10:00 P.M.) leaving a copy of this warrant and receipt for the property seized, and prepare a written inventory of the property seized and promptly return this warrant to J. ANDREW SMYSER U.S. MAGISTRATE JUDGE as required by law.

_Dec. 15, 2008  10:20 a.m._   at   HARRISBURG, PA
Date and Time Issued                       City and State

J. ANDREW SMYSER, U.S. Magistrate Judge            /s/ J. Andrew Smyser
Name and Title of Judicial Officer                 Signature of Judicial Officer