AO 109 (2/90) Seizure Warrant

| RETURN | | 1:08-CR-436 |
|---|---|---|
| DATE WARRANT RECEIVED 12/16/08 | DATE AND TIME WARRANT EXECUTED 12/16/08  0942 hrs | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH Jen Hilbish |
| INVENTORY MADE IN THE PRESENCE OF Jen Hilbish & SA R. Noh | | |

INVENTORY OF PROPERTY TAKEN PURSUANT TO THE WARRANT

Commerce Bank Official Check 99-05619 dated 12/16/08
$ 50,734.83

combined check for Accounts  5370697 83   $ 26,705.48
                             536654163    $ 24,029.35

**CERTIFICATION**

I swear that this inventory is a true and detailed account of the property taken by me on the warrant.

_____ Robert Noh, Jr.

Subscribed, sworn to, and returned before me this date.

_____ J. Andrew Smyser    Dec. 22, 2008
U.S. Judge or Magistrate              Date

FILED
HARRISBURG
DEC 22 2008
MARY E. D'ANDREA, CLERK
Per_____
Deputy Clerk

United States District Court

_____MIDDLE_____ DISTRICT OF _____PENNSYLVANIA_____

In the Matter of the Seizure of

**THE FUNDS AND PROPERTY LOCATED IN COMMERCE BANK, ACCOUNT NUMBER 537069783 IN THE NAMES OF LYNDA PHAN AND TONY PHAN**

**SEIZURE WARRANT**

CASE NUMBER: 1:08-CR-436

[UNDER SEAL]

TO: **ANY SPECIAL AGENT OF THE DHS / ICE** and any Authorized Officer of the United States

Affidavit(s) having been made before me by **SPECIAL AGENT ROGER ROH** who
                                                                Affiant
has reason to believe that in the **MIDDLE** District of **PENNSYLVANIA** there is now certain property which is subject to forfeiture to the United States, namely (describe the property to be seized)

**THE FUNDS AND PROPERTY LOCATED IN COMMERCE BANK, ACCOUNT NUMBER 537069783, IN THE NAMES OF LYNDA PHAN AND TONY PHAN.**

I am satisfied that the affidavit(s) and any recorded testimony establish probable cause to believe that the property so described is subject to seizure and that the grounds exist for the issuance of this seizure warrant.

YOU ARE HEREBY COMMANDED to seize within 10 days the property specified, serving this warrant and making the seizure (in the daytime — 6:00 A.M. to 10:00 P.M.) leaving a copy of this warrant and receipt for the property seized, and prepare a written inventory of the property seized and promptly return this warrant to _J. Andrew Smyser_ as required by law.
U.S. Magistrate Judge

_Dec. 15 2008  10:20 a.m._ at _HARRISBURG, PA_
Date and Time Issued                          City and State

· J. ANDREW SMYSER, U.S. Magistrate Judge
Name and Title of Judicial Officer

_/s/ J. Andrew Smyser_
Signature of Judicial Officer