# EXHIBIT LIST

*United States of America*  
*v.*  
*Lynda Dieu Phan (01),*  
*Duc Cao Nguyen (03)*

*Suppression Hearing*

Case Number:  
1:08-CR-0436-01, 02, 03

April 27, 2009

| Plaintiff | Defendant | Description of Item | Identified | Moved | Ruling | Witness |
|---|---|---|---|---|---|---|
|  |  | Search warrants, affidavits, returns | 4/27/09 |  |  | Stephanie Fritges |
|  |  |  |  |  |  |  |
|  | 1 | Photograph Piggy Bank | 4/27/09 | 4/27/09 | Admit | Stephanie Fritges |
|  | 2 | Photograph Piggy Bank | 4/27/09 | 4/27/09 | Admit | Stephanie Fritges |
|  | 3 | Photograph Office Door | 4/27/09 | 4/27/09 | Admit | Stephanie Fritges |
|  | 4 | Photograph Office | 4/27/09 | 4/27/09 | Admit | Stephanie Fritges |
|  | 5 | Photograph Office | 4/27/09 | 4/27/09 | Admit | Stephanie Fritges |
|  | 6 | Photograph Desk | 4/27/09 | 4/27/09 | Admit | Stephanie Fritges |
|  | 7 | Photograph Office | 4/27/09 | 4/27/09 | Admit | Stephanie Fritges |