IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**NOTICE**

United States of America                             CASE NUMBER: 1:08-CR-0436-01-03

        vs.

Lynda Dieu Phan
Justin Phan
Duc Cao Nguyen

TYPE OF CASE: Criminal

TAKE NOTICE that a proceeding in this case has been set for the place, date and time set forth below:

Place: U.S. District Court                    **\*Date and Time: October 6, 2009 @ 9:00 AM**
       Courtroom #3
       228 Walnut Street
       8th Floor, Federal Building
       Harrisburg, PA. 17101

Type of Proceeding: Arraignment/Guilty Pleas

Date: September 18, 2009                                  /s/ Mark J. Armbruster
                                                                               Deputy Clerk

CC:   Judge Sylvia H. Rambo
        James West, Esq.
        William Fetterhoff , Esq.
        William Fulton, Esq.
        Christy Fawcett, AUSA
        U.S. Marshal
        Federal Probation
        Tuan Ngoc Bui, Interpreter
        Wendy Yinger, Rptr.

\*Counsel is requested to arrive prior to the scheduled time should there be a need to speak with his/her client. Every attempt is made to start proceedings on time.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

# NOTICE

United States of America                    CASE NUMBER: 1:08-CR-0436-01-03

vs.

Lynda Dieu Phan
Justin Phan
Duc Cao Nguyen

TYPE OF CASE: Criminal

TAKE NOTICE that a proceeding in this case has been set for the place, date and time set forth below:

Place: U.S. District Court                  **Date and Time: October 6, 2009 @ 9:00 AM**
       Courtroom #3
       228 Walnut Street
       8th Floor, Federal Building
       Harrisburg, PA. 17101

Type of Proceeding: Arraignment/Guilty Pleas

Date: September 18, 2009                    /s/ Mark J. Armbruster
                                                    Deputy Clerk

CC:   Judge Sylvia H. Rambo
      James West, Esq.
      William Fetterhoff , Esq.
      William Fulton, Esq.
      Christy Fawcett, AUSA
      U.S. Marshal
      Federal Probation
      Tuan Ngoc Bui, Interpreter
      Wendy Yinger, Rptr.

*Counsel is requested to arrive prior to the scheduled time should there be a need to speak with his/her client. Every attempt is made to start proceedings on time.